IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR15 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KEITH A. HILL, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the court on defendant Keith A. Hill's Unopposed Amended Motion to Continue Trial [44]. For the reasons set forth in the motion, the court finds good cause to grant the motion. Accordingly,

**IT IS ORDERED** that the Unopposed Amended Motion to Continue Trial [44] is granted, as follows:

1. The jury trial, **for both defendants**, now set for October 8, 2024, is continued to **October 22, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant continuity of counsel or deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** July 18, 2024.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**