IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR15 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KEITH A. HILL, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

This matter is before the court on defendant Keith A. Hill's Unopposed Amended Motion to Continue Trial [51]. For the reasons set forth in the motion, the court finds good cause to grant the motion. Accordingly,

**IT IS ORDERED** that the Unopposed Amended Motion to Continue Trial [51] is granted, as follows:

1. The jury trial now set for October 22, 2024, is continued to **November 12, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 12, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant continuity of counsel or deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: October 1, 2024**

BY THE COURT:

**Brian C. Buescher
United States District Judge**