IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:24–CR–15** |
| Plaintiff, | |
| vs. | **ORDER ON GOVERNMENT'S MOTION TO EXTEND** |
| KEITH A. HILL, | |
| Defendant. | |

This matter is before the Court on the Government's Motion for Extension of Time to File Response to Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. Filing 108. The defendant filed a Motion to Vacate under 28 U.S.C. [§] 2255, Filing 101, which the Court previously reviewed pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, Filing 103. The Court dismissed Ground VII of the defendant's Motion and ordered the Government to respond to the defendant's remaining grounds no later than August 21, 2025. Filing 103 at 2. The Government seeks an extension of its deadline to file a response to the defendant's Motion, in part because the Government needs more time to obtain an affidavit from the defendant's former defense counsel. Filing 108 at 1. The Court concludes that there is good cause in this case to grant the Government's Motion for Extension. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Extension of Time to File Response to Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, Filing 108, is granted; and

2. The Government shall respond to the defendant's Motion no later than September 22, 2025.

Dated this 2nd day of September, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge