IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEITH A. HILL,<br><br>Defendant. | 8:24–CR–15<br><br>ORDER ON GOVERNMENT'S SECOND MOTION TO EXTEND |

This matter is before the Court on the Government's second Motion for Extension of Time to File Response to Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. Filing 110. The Court previously extended the Government's deadline to file a response from August 21, 2025, to September 22, 2025, after concluding that there was good cause to grant an extension because the Government needed additional time to obtain an affidavit from the defendant's former defense counsel. Filing 109. The Government now seeks an additional thirty days in which to file its response because the Assistant United States Attorney previously assigned to this case has "le[ft] the district" and "[t]he newly assigned attorney will need time to research issues specifically addressed in the defendant's motion." Filing 110 at 1. The Government also requests additional time because it is still waiting for an affidavit from the defendant's former defense counsel. Filing 110 at 1. The Court concludes that there is good cause in this case to grant the Government's second Motion for Extension. Accordingly,

IT IS ORDERED:

1. The Government's second Motion for Extension of Time to File Response to Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, Filing 110, is granted; and

2. The Government shall respond to the defendant's Motion no later than October 22, 2025.

1

2

Dated this 22nd day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge